The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO ESTRADA-NIETO, <br><br> Defendant. | No. CR14-197RAJ <br><br> ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Eduardo Estrada-Nieto, defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

The outstanding warrant shall be quashed.

DATED this 6th day of December, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Eduardo Estrada-Nieto*, CR14-197RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970